IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


TOLLIVER                                                                PLAINTIFF

VERSUS                                    CIVIL ACTION NO. 5:08cv305DCB-JMR

LEXINGTON INSURANCE                                            DEFENDANT


ORDER

This cause comes before the Court on the ore tenus motion of the plaintiff to stay

pursuant to the activation of his military service. The Court finds that there appears to be no

further reason to maintain the file as an open one for statistical purposes.

Nothing contained in this minute entry shall be considered a dismissal or disposition of

this matter and should further proceedings in it become necessary or desirable, any party may

initiate it in the same manner as if this minute entry had not been entered . Upon notification of

Mr. Daniel's release from active military duty, the Court will place this matter back on the active

docket.

This the 30th  day of June, 2009

*S/John M Roper, Sr.*
UNITED STATES MAGISTRATE JUDGE