IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | | |
|---|---|---|
| ROY and RASHELL TOLLIVER, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | NO. 5:08-cv-305 DCB-JMR |
| | * | |
| LEXINGTON INSURANCE COMPANY, | * | |
| | * | |
| Defendant. | * | |

## AGREED ORDER FOR DISMISSAL WITH PREJUDICE

This action having come before the Court due to an Agreed Order for Dismissal with Prejudice filed by the parties, and the Court having considered same, finds that the Agreed Order is well taken and due to be granted.

IT IS, THEREFORE ORDERED AND ADJUDGED that this action is hereby DISMISSED, **WITH PREJUDICE**, with each party to bears its own costs.

SO ORDERED AND ADJUDGED this 20th day of January, 2010.

s/John M. Roper Sr.
U.S. MAGISTRATE JUDGE

**APPROVED AS TO FORM:**

/s Christina May Bolin
**Attorneys for Defendant Lexington Insurance Company**

CHRISTINA MAY BOLIN (MSB# 100629)
E-Mail: cmb@alfordclausen.com
JAMES W. LAMPKIN II (MSB# 10522)
E-Mail: jwl@alfordclausen.com

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama  36602
(251) 432-1600
(251) 432-1700 (fax)


  /s Bradley T. Hayes
**Attorney for Plaintiffs Roy and Rashell Tolliver**

Bradley T. Hayes (MSB# 100598)
804 State Street
Natchez, MS  39120
bthayesesq@yahoo.com
bradley.thomas.hayes@us.army.mil